| U.S.M.J. STEVEN M. GOLD | DATE: 8/21/13 |
|---|---|

## CRIMINAL CAUSE FOR PLEADING

USA -v- **Michael Colbert**  Docket No.: **13** -CR- **490 (JBW)**

Defendant: **Michael Colbert**
✓ present ___ not present   ___ custody ___ bail

Def. Counsel: **Murray Richman**
✓ present ___ not present   ___ CJA ___ FD ✓ Retained

AUSA: **Jeffrey Loonam**   Clerk/Deputy: **Deborah Megdal**

Interpreter: _____   Language: _____

FTR: ( **12:06-12:44** )   Reporter: _____

✓ Case Called
✓ Defendant's First Appearance
✓ Defendant: ✓ Sworn ___ Arraigned ✓ Informed of Rights

✓ Waiver of Indictment Executed for Defendant
___ Superseding <choose>   Filed

___ Bench Warrant Issued: _____

✓ Defendant Enters **GUILTY** Plea to Count(s) _____
   of the Information

___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____
   of the Information

✓ Court Finds Factual Basis for the Plea

✓ Sentencing Set for **12/09/13** at **10:00**
___ Sentencing To Be Set by Probation
✓ Bail/Bond: ✓ Set ___ Continued for Defendant ___ Continued in Custody

___ Case Adjourned to _____ at _____

✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.

✓ Transcript Ordered   *TRANSCRIPT SEALED*

___ Other: