JPN:JPL
F.#2013R01179

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHAEL COLBERT,

Defendant.

- - - - - - - - - - - - - - - - -X

APPLICATION TO UNSEAL

13 CR 490 (JBW)(SMG)

The government respectfully moves to unseal the notice filed pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure in the above-captioned case. The government does not move to unseal the minutes of the defendant's guilty plea, which were ordered sealed on motion of the defendant on August 21, 2013. The remaining documents in this case were not filed under seal and should appear on the public docket, including the Information filed on August 21, 2013, and a docket entry noting the defendant's guilty plea on that day.

The government has conferred with defense counsel and he does not object to this motion.

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
James P. Loonam
Assistant U.S. Attorney
(718) 254-7520

Dated:  September 20, 2013
        Brooklyn, New York

cc: Murray Richman, Esq. (Counsel for Michael Colbert)