JPN:JPL
F.#2013R01179

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHAEL COLBERT,

        Defendant.

- - - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

13 CR 490 (JBW)(SMG)

       Upon consideration of the motion filed by the United States of America by Assistant United States Attorney James P. Loonam, for an Order to unseal the notice filed pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure in the above-captioned matter,

       IT IS HEREBY ORDERED that the notice filed pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure in this matter be unsealed;

       IT IS FURTHER ORDERED that the Information filed on August 21, 2013, and a docket entry noting the defendant's guilty plea on that day, appear on the docket.

                                        _____
                                        STEVEN M. GOLD
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK

Dated:   September __, 2013
              Brooklyn, New York