# LAW OFFICES OF
# MURRAY RICHMAN
*and Associates*
2027 Williamsbridge Rd., Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL
Karen Del Vecchio, Esq.
Paul Hershan, Esq.

August 23, 2017

Hon. Judge Jack B. Weinstein
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **_United States v. Michael Colbert_**
13-CR-490 (JBW)

Dear Judge Weinstein;

    I am the attorney for the aforementioned defendant, who appeared before Your Honor on October 27, 2017. I spoke to Linda Marino, court reporter who advised me that the sentencing transcript of Michael Colbert is sealed and that we should make an application to the Court so that it can be unsealed.

    Accordingly, I am respectfully requesting that the October 27, 2017, sentencing transcript be unsealed. Thank you for your time and consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/as